UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**DANIEL LYNN BARNES**                                                                          **PETITIONER**

v.                                                                          **CIVIL ACTION NO. 3:12-CV-P815-S**

**COMMONWEALTH et al.**                                                                     **RESPONDENTS**

## MEMORANDUM OPINION

Petitioner, Daniel Lynn Barnes, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (DN 1) concerning his state-court trial for murder.

Because nothing in the petition indicated that Petitioner had exhausted his state remedies, on December 17, 2012, the Court entered an Order directing Petitioner to show cause why his petition should not be dismissed for failure to exhaust his state-court remedies within 30 days. More than 30 days have passed, and Petitioner has not complied with the Order to show cause.

Courts have an inherent power "acting on their own initiative, to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962). Therefore, by separate Order, the Court will dismiss the instant action. *See* FED. R. CIV. P. 41(b) (governing involuntary dismissal).

Date:   February 7, 2013

Charles R. Simpson III, Senior Judge
United States District Court

cc:   Petitioner, *pro se*
       Respondents
4411.009